**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-01767-SRC |
| | ) | |
| JUDGE MISSEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Memorandum and Order**

This matter is before the Court on Plaintiff's motion to proceed in forma pauperis on appeal. Doc. 8. When this Court dismissed Plaintiff's case, it certified in writing that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). The Court therefore denies Plaintiff's motion to proceed in forma pauperis on appeal.

So Ordered this 2nd day of March 2021.

SLR.CR

**STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE**